IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

GINA SUHAN                                                               PLAINTIFF

V.                         CASE NO. 5:17-CV-5216

NANCY A. BERRYHILL, Commissioner
Social Security Administration                                           DEFENDANT

### ORDER

Comes on for consideration the Report and Recommendation (Doc. 16) filed in this case on May 29, 2018, by the Honorable Erin L. Wiedemann, United States Magistrate Judge for the Western District of Arkansas. Fourteen (14) days have passed without objections being filed by the parties.

The Court has reviewed this case and, being well and sufficiently advised, finds as follows: the Report and Recommendation is proper and should be and hereby is **ADOPTED IN ITS ENTIRETY**. Accordingly, for the reasons stated in the Magistrate Judge's Report and Recommendation, Defendant's Unopposed Motion to Reverse and Remand (Doc. 15) is **GRANTED**, the decision of the ALJ is **REVERSED**, and this case is **REMANDED** to the Commissioner for further consideration pursuant to sentence four of 42 U.S.C. §405(g).

**IT IS SO ORDERED** on this 13th day of June, 2018.

TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE