IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

GINA SUHAN     PLAINTIFF

V.     CASE NO. 5:17-CV-5216

NANCY A. BERRYHILL, Commissioner
Social Security Administration     DEFENDANT

## JUDGMENT

For the reasons set forth in the Court's Order filed this date, **IT IS HEREBY ORDERED AND ADJUDGED** that Plaintiff's case is **REMANDED** for further administrative action pursuant to sentence four of 42 U.S.C. §405(g).

**IT IS SO ORDERED** on this 13th day of June, 2018.

/s/ Timothy L. Brooks
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE